SeidenFreed LLC

NORTHERN NEW JERSEY
20 Commerce Drive, Suite 150
Cranford, NJ 07016
(908) 324-5400

1719 Route 10 East, South Lobby, Suite 114
Parsippany, NJ 07054
(973) 539-1140

CENTRAL NEW JERSEY
114 Titus Mill Road, Unit 200
Pennington, NJ 08534
(609) 730-3850

seidenfreed.com

August 11, 2026

***Via CM/ECF***
Hon. Jamel K. Semper, D.N.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07102

# ORDER

**Re: United States of America v. Serge Rodriguez**
**Case No.: 2:26CR00103**

Dear Judge Semper:

We represent the defendant, Serge Rodriguez, in the above- captioned matter. We respectfully request an adjournment of the September 9, 2026 sentencing date, as Mr. Rodriguez is still completing his 12-week dog grooming course, which ends on or about September 26, 2026. The Government does not object to the request.

Thank you for the Court's consideration.

Respectfully Submitted,

Andrew Olesnycky, Esq.
aolesnycky@seidenfreed.com

AO/jg
cc: Lauren Kober, Esq. AUSA (*Via ECF & Email)*
Serge Rodriguez (*Via Email*)

The above request (ECF No. 146) is granted. Sentencing will be adjourned to **October 5, 2026 at 1:00 p.m.**

**So Ordered:**

*s/Jamel K. Semper* **.**
Hon. Jamel K. Semper, U.S.D.J.
**Dated: August 14, 2026**